

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2023

No. 04-23-00383-CV

**IN RE** Khusro **RASHID**, M.D., Relator

Original Proceeding[1]

**ORDER**

On April 19, 2023, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's motion for stay is **DENIED** as moot.

It is so **ORDERED** on May 31, 2023.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2020-CI-09445, styled *Anna Marie Moreno, Individually, on Behalf of All Heirs of, and on Behalf of All Wrongful Death Beneficiaries of Rafael Angel Guerra Jr., Deceased v. New San Antonio Specialty Hospital LLC d/b/a/ Lifecare Hospitals of San Antonio, Texas IPS Medical Services, PA, Randall Bell, MD, and Khusro Rashid, MD*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.